UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TANGOE, INC.,<br><br>　　　　　Defendant. | CASE NO.  5:14-cv-03223-LHK<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**JURY TRIAL DEMANDED** |

　　　On this day, Plaintiff SoftVault Systems, Inc. ("SoftVault") and Defendant Tangoe, Inc. ("Tangoe") announced to the Court that they have settled their respective claims and defenses asserted in this case.  The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

　　　IT IS THEREFORE ORDERED that the above-entitled cause and all claims against Tangoe by SoftVault are dismissed with prejudice to the re-filing of same.

　　　IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

　　　The Clerk shall close the file.

Signed this 27 day of February, 2015.

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE

1